Steven K. Parness, Esq. - ID #027111993
METHFESSEL & WERBEL, ESQS.
2025 Lincoln Highway, Suite 200
PO Box 3012
Edison, New Jersey 08818
(732) 248-4200
1(732) 248-2355
parness@methwerb.com
Attorneys for Sgt. Brian Ahlert, Patrolman Tom Causullo, Lt. Phil D'Alessio
and Borough of Florham Park
Our File No.  90978 ELH

| | |
|---|---|
| KASSIM MOUZONE AND OMAYRA DIAZ<br><br>Plaintiffs,<br><br>V.<br><br>SGT. BRIAN AHLERT #554 (OPERATING IN OFFICIAL CAPACITY); PATROLMAN TOM CAUSULLO #552 (OPERATING IN OFFICIAL CAPACITY), LT. PHIL D'ALESSIO #548 (OPERATING IN OFFICIAL CAPACITY); CITY OF FLORHAM PARK (OPERATING IN OWN CAPACITY)<br><br>Defendants | UNITED STATES DISTRICT COURT DISTRICT OF NEW JERSEY<br>CIVIL ACTION NO.:<br>2:21-CV-11697-BRM-JSA<br><br>Civil Action<br><br>**CERTIFICATION OF COUNSEL** |

I, Steven K. Parness, Esq, of full age, duly certify as follows:

1.  I am an attorney at law in the State of New Jersey, associated with the law firm of Methfessel & Werbel, attorneys for the defendants Sgt. Brian Ahlert, Patrolman Tom Causullo, Lt. Phil D'Alessio and Borough of Florham Park (improperly impleaded as "City of Florham Park") (collectively "Defendants") and in such capacity I am fully familiar with the facts of the within matter.

2. Attached hereto at **Exhibit A** is a true and correct copy of the Complaint filed in this matter by Plaintiffs on August 26, 2021.

3. Attached hereto at **Exhibit B** is a true and correct copy of the Florham Park Boro Police Department Incident Report, case No. 2020-33395, by Sgt. Brian Ahlert, dated December 10, 2020, pertaining to the incident which took place at the Bank of America branch in Florham Park, New Jersey.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment by law.

                                        **METHFESSEL & WERBEL, ESQS.**
                                        Attorneys for Sgt. Brian Ahlert, Patrolman Tom Causullo, Lt. Phil D'Alessio and Borough of Florham Park

By: _____
      Steven K. Parness

DATED: September 22, 2021